**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                            Case No: 8:20-mc-75-JSM-SPF

TODD DISNER and CAROLE S. CRISP,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sean P. Flynn (Dkt. 45). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 45) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment in Garnishment (Dkt. 31) and its Supplement (Dkt. 35) to the motion is GRANTED.

3. Final judgment is entered for Plaintiff and against garnishee Wells Fargo Bank, N.A. for the amounts in accounts #xxxx-xx-3399 and #xxxx-xx-2215, under Florida Statute § 77.083.

4. The Court grants garnishee Wells Fargo Bank, N.A.'s request for $100.00 in statutory attorney's fees under Florida Statute § 77.28, payable by Plaintiff directly to the garnishee upon demand.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of January, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record